**FILED**

FEB 2 6 2013

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUTY

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   KIMBERLY M. FRAYN
3  ANDREW W. DUNCAN
   Assistant United States Attorneys
4  333 Las Vegas Boulevard South
   Suite 5000
5  Las Vegas, Nevada 89101
   702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | 2:13-cr-073 |
| vs. | **VIOLATIONS:** |
| MICHAEL LOFTON, | 18 U.S.C. §§ 1344 and 1349 – Conspiracy to Commit Bank Fraud; |
| Defendant. | 18 U.S.C. § 1028A – Aggravated Identity Theft; and 18 U.S.C. § 2 –Aiding and Abetting |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Conspiracy to Commit Bank Fraud

1.      From a date unknown, but not later than December 14, 2012, until on or about January 31, 2013, in the State and Federal District of Nevada, and elsewhere,

**MICHAEL LOFTON,**

defendant herein, did knowingly, unlawfully agree, confederate, and conspire with others known and unknown to commit Bank Fraud, in violation of Title 18, United States Code, Sections 1344, and 1349.

1   Objective of the Conspiracy

2       2.     The principle objective of the conspiracy was to devise a scheme and plan to

3   unlawfully and fraudulently obtain monies and other property owned by and under the custody

4   and control of Bank of America, a federally insured financial institution, by unlawfully

5   transferring, possessing, and using bank account holders' personal and financial identifiers and

6   other means of identification, and by using unauthorized access devices to fraudulently obtain

7   goods and merchandise.

8       3.     It was further part of the scheme and plan to transport stolen and fraudulently

9   obtained goods and merchandize between states, to receive possess, store, conceal, and sell

10   stolen and fraudulently obtained goods and merchandise in interstate commerce, and to utilize

11   the wires and the mails in furtherance of the criminal enterprise.

12       4.     It was further part of the scheme and plan to obtain United States currency by

13   unlawful selling the fraudulently obtained goods and merchandise for the personal benefit of

14   defendant MICHAEL LOFTON and his co-conspirators.

15   Manner and Means

16       5.     The manner and means by which the objective of the conspiracy was

17   accomplished included, but were not limited to, the following:

18       6.     It was part of the scheme and artifice that defendant MICHAEL LOFTON and his

19   coconspirators, by and through use of the interstate wires, knowingly and with the intent to

20   defraud, did unlawfully transfer, and cause others to transfer, and did unlawfully possess and

21   cause others to possess, stolen and otherwise unauthorized personal and financial identifiers

22   belonging to financial institutions' account holders, without those account holders' knowledge

23   and consent. For example, on or about December 30, 2012, defendant MICHAEL LOFTON and

24   his coconspirators did unlawfully obtain, by way of the internet, Bank of America account holder

1  P.S.'s personal and financial information, including but not limited to, P.S.'s name and credit

2  card account number ending in X-2188, without P.S.'s authorization.

3      7.    It was further part of the scheme and artifice that defendant MICHAEL LOFTON

4  and his coconspirators did use and did cause others to use, by and through use of the interstate

5  wires, stolen and otherwise unauthorized personal and financial identifiers belonging to financial

6  institutions' account holders, to fraudulently obtain goods and merchandise for their own

7  personal gain and in furtherance of the criminal conspiracy. For example, on or about December

8  30, 2102, defendant MICHAEL LOFTON and his co-conspirators did unlawfully purchase

9  merchandise, that is, a Kindle Fire HD, by and through use of the interstate wires, via the

10  internet, from Amazon.com, an innocent third party merchant, using Bank of America account

11  holder P.S.'s personal and financial information and other means of identification, including but

12  not limited to, P.S.'s name and credit card account number ending in X-2188.

13      8.    It was further part of the scheme and artifice that the defendant MICHAEL

14  LOFTON and his coconspirators did cause innocent third party merchants to transfer, ship, and

15  otherwise cause to be transported, in interstate commerce and by way of the mails, stolen and

16  fraudulently obtained goods and merchandise to a mail drop location in the Las Vegas, Nevada,

17  area, which defendant MICAHEL LOFTON and his coconspirators believed to be under their

18  dominion and control. Thereafter, defendant MICHAEL LOFTON and his coconspirators did

19  intend to unlawfully sell and cause others to unlawfully sell the fraudulently obtained goods and

20  merchandise to obtain money for their own personal financial gain, and the benefits of others.

21      All in violation of Title 18, United States Code, Sections 1344 and 1349.

22  //

23  //

24  //

3

1

2
## COUNT TWO
Aggravated Identity Theft

3    1.    The factual allegations of Count One of this Indictment are incorporated by

4 reference.

5    2.    On or about on December 30, 2012, in the State and Federal District of Nevada

6 and elsewhere,

7
## MICHAEL LOFTON

8 defendant herein, aiding and abetting others, did knowingly transfer, possess and use without

9 lawful authority, means of identification of another person, to wit: Bank of America account

10 holder P.S.'s personal and financial information and other means of identification, including but

11 not limited to, P.S.'s name and credit card account number ending in X-2188, during and in

12 relation to a specified felony enumerated in Title 18 United States Code, Section 1028A(c), to

13 wit: Wire Fraud, a violation of Title 18, United States Code, Section 1343.

14    All in violation of Title 18 United States Code, Section 1028A and Title 18, United States

15 Code, Section 2.

16
   **DATED:** this _26_ day of February, 2013

17

18    **A TRUE BILL:**

19
                                   _/s/_____
20                                 FOREPERSON OF THE GRAND JURY

21 DANIEL G. BOGDEN
   United States Attorney
22
23 KIMBERLY M. FRAYN
   ANDREW W. DUNCAN
24 Assistant United States Attorneys

                                   4