1 | DANIEL G. BOGDEN
United States Attorney
2 | KIMBERLY M. FRAYN
ANDREW W. DUNCAN
3 | Assistant United States Attorneys
JONATHAN A. OPHARDT
4 | Trial Attorney
United States Department of Justice
5 | Organized Crime and Gang Section
Lloyd D. George Federal Courthouse
6 | 333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV  89101
7 | (702) 388-6336
Attorneys for the United States
8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,           )
                                    )   2:13-CR-00073-JCM-(CWH)
            Plaintiff,              )
                                    )   **GOVERNMENT'S SENTENCING**
      v.                            )   **MEMORANDUM**
                                    )
MICHAEL LOFTON,                     )
                                    )
            Defendant.              )

        Plaintiff United States of America, by and through DANIEL G. BOGDEN, United

States Attorney, Kimberly M. Frayn and Andrew W. Duncan, Assistant United States Attorneys, and

Jonathan A. Ophardt, Trial Attorney for the United States Department of Justice, Organized Crime

and Gang Section, files this Sentencing Memorandum.

## PROCEDURAL HISTORY

        On January 10, 2012, in case number 2:12-CR-0004-APD-GWF, a federal grand jury

indicted defendant Michael Lofton and thirty-eight other members of the Carder.su criminal

organization, charging them with Participating in the Conduct of the Affairs of an Enterprise through

a Pattern of Racketeering Activity, in violation of Title 18, United States Code, Section 1962(c)

1
2
(Count One), Conspiring to Participate in the Conduct of the Affairs of an Enterprise through a
Pattern of Racketeering Activity, in violation of Section 1962(d) (Count Two), and violations of the

3
4
identity theft and access device fraud statutes.  On February 5, 2013, defendant Lofton was arrested
for violating his pretrial release by committing new financial fraud crimes while residing in the

5
halfway house.  The defendant's release was revoked.

6
7
8
9
In the matter at hand, 2:13-CR-00073-JCM-(CWH), Defendant Lofton was subsequently
charged with Conspiracy to Commit Bank Fraud and Aggravated Identity Theft. (2:13-CR-0073,
doc. no. 1).

10
11
12
13
14
On January 23, 2014, defendant Lofton pleaded guilty to Participating in the Conduct of the
Affairs of an Enterprise through a Pattern of Racketeering Activity, in violation of Title 18, United
States Code, Section 1962(c) (Count One in case number 2:12-0004).  On that same date, the
defendant pleaded guilty to a superseding information charging him with one count of Aggravated
Identity Theft in this case, number 2:13-0073.

15
16
17
18
On May 22, 2014, defendant Lofton was sentenced to a 63[1] month custodial term, restitution
in the amount of $50,575,123.45, and a three year term of supervision.  (2:12-CR-0004 Doc. No.
745). Sentencing in this case, number 2:13-0073, is presently set for May 28, 2014.

19
20
**FACTS**

21
22
Defendant Lofton was residing in the halfway house pending trial in the Carder.su
RICO case.  PSR ¶  6.  During that time defendant the committed additional identity theft and access
device fraud to unlawfully obtain merchandise which he then intended to fence. PSR ¶  7- 14.

23
**SENTENCING GUIDELINE CALCULATION**

24
25
The Government has no objections to the United States Probation Office's PSR, except to

26
---
[1] The parties have agreed to jointly recommend, as the statute requires, that the Court impose the mandatory 24-month custodial term in this case consecutive to the 63 month term imposed in the RICO case.

observe that the defendant's criminal history points should be increased to a total of 4 following his

RICO conviction, and he should be in criminal history category III. However, the PSR need not be

amended unless the Court requires because the parties have agreed that, pursuant to USSG § 2B1.6,

that the guideline sentence for a violation of 18 U.S.C. § 1028A is the term of imprisonment

required by statute.  Chapters Three (Adjustments, including Acceptance of Responsibility) and

Four (Criminal History) do not apply. The term of imprisonment required by 18 U.S.C. § 1028A is

a twenty four (24) month term of imprisonment.   (Doc. No. 22 at p. 6). Accordingly, the

Government asks that the Court impose the statutorily required 24-month custodial term, which

must be served consecutively to any other sentence imposed, including consecutively to the 63-

month sentenced imposed in the 2:12-CR-0004 RICO case.  A 24-month term of imprisonment is

consistent with the parties' plea agreement. (Doc. No. 22 at p. 8).

The Government joins in the PSR's recommendation of a one year term of supervision for

Count Five. The Government also joins with the Probation Department in recommending the Special

Conditions set forth in the PSR at p. 20 – 21.

The Government respectfully requests that the Court order the defendant to pay restitution in

the amount of five hundred ninety three and ninety three cents ($595.95), as specified in the PSR at

p. 16, and in Attachment A, which is attached hereto and incorporated by reference herein.

Respectfully Submitted,

DANIEL G. BOGDEN,
United States Attorney

DATE: <u>May 23, 2014</u>      <u>/s / Kimberly M. Frayn</u>
                              KIMBERLY M. FRAYN
                              ANDREW W. DUNCAN
                              Assistant United States Attorneys
                              JONATHAN A. OPHARDT
                              Trial Attorney
                              Department of Justice
                              Organized Crime and Gang Section

3

1

2

**Certificate of Service**

3

The undersigned counsel hereby certified that she served a copy of this document on defense

4

counsel, via electronic service through the PACER system on May 19, 2014.

5

DATE: <u>May 23, 2014___</u>                    <u>/s / Kimberly M. Frayn____</u>____
                                                              KIMBERLY M. FRAYN

6                                                            Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ATTACHMENT A

**U.S. v. MICHAEL LOFTON**
**2:13-cr-00073-JCM-CWH**
**<u>Restitution List</u>**

Sharif's Online Sales                                          $593.93
1504 River Oaks Circle, Apt 118
Wylie, Texas  75098