FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 8 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LOFTON,<br><br>　　　　Defendant. | 2:13-CR-0073-JCM-(CWH) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT MICHAEL LOFTON

On January 23, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2) forfeiting property of defendant MICHAEL LOFTON to the United States of America. Criminal Information, ECF No. 20; Plea Agreement, ECF No. 22; Change of Plea Minutes, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 23.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2), that the Preliminary Order of Forfeiture (ECF No. 23), listing the following assets, is final as to defendant MICHAEL LOFTON:

. . .

1)  a Kindle Fire HD, new in box, no visible serial number, seized from Michael Lofton on January 7, 2013;

2)  an Apple iPad with docking station and case, new in box, no visible serial number, seized from Michael Lofton on January 31, 2013; and

3)  a Sony USB drive, seized from Michael Lofton on February 1, 2013.

DATED this 28th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE

2