**U.S. v. MICHAEL LOFTON**
**2:13-cr-00073-JCM-CWH**
**Restitution List**



Sharif's Online Sales                                $593.93
1504 River Oaks Circle, Apt 118
Wylie, Texas  75098