**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:13-CR-0073-JCM-(CWH) |
| MICHAEL LOFTON, | ) ) |
| Defendant. | ) ) |

**FINAL ORDER OF FORFEITURE**

On January 23, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2) based upon the plea of guilty by defendant MICHAEL LOFTON to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant MICHAEL LOFTON pled guilty. Criminal Information, ECF No. 20; Plea Agreement, ECF No. 22; Change of Plea Minutes, ECF No. 24; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 5, 2014, through March 6, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 27.

On July 2, 2014, Homeland Security Investigations attempted to serve Sharif's Online Sales with the Preliminary Order of Forfeiture and the Notice via certified mail and regular mail. Both attempts were unsuccessful and returned to Homeland Security Investigations. Homeland Security Investigations has determined that Sharif's Online Sales appears to be no longer in business and is unable to determine an address for it. Notice of Filing Service of Process, ECF No. 34.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1) a Kindle Fire HD, new in box, no visible serial number, seized from Michael Lofton on January 7, 2013;

2) an Apple iPad with docking station and case, new in box, no visible serial number, seized from Michael Lofton on January 31, 2013; and

3) a Sony USB drive, seized from Michael Lofton on February 1, 2013

(all of which constitutes "property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.
3  DATED August 7, 2014.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with a copy of the Final Order of Forfeiture on August 6, 2014, by the below identified method of service:

CM/ECF:

Craig W. Drummond
Craig W. Drummond, P.C.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101
Email: craig@drummondfirm.com
*Attorney for Michael Lofton*

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist

4